# United States District Court

For The

## Northern District of Iowa

UNITED STATES OF AMERICA

v.

FRANCISCO MENDEZ-OROZCO      Case No.    CR 03-3038-1-MWB

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on October 15, 2008. I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Approved:                                         Respectfully submitted,

*/s/ Jay V. Jackson*

Jay V. Jackson                                    Richard J. Niles
Asst. Deputy Chief U. S. Probation Officer      Sr. U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __23rd__ day of __October__, 2008.

*/s/ Mark W. Bennett*

Mark W. Bennett
U. S. District Court Judge